AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*   DISTRICT OF   NEVADA

SIKIA SMITH,

    Petitioner,   JUDGMENT IN A CIVIL CASE

V.

    CASE NUMBER: **3:11-CV-00420-LRH-RAM**

STATE OF NEVADA, et al.,

    Respondents.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice to a properly commenced new action.
    **IT FURTHER IS ORDERED** that a certificate of appealability is DENIED.


  June 21, 2011       **LANCE S. WILSON**
    Clerk


    /s/ D. R. Morgan
    Deputy Clerk